PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

DEC 27 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kevin Richard Alger**

**Docket No. 0:01CR00273-001(JMR)**

**Petition on Supervised Release**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kevin Richard Alger** who was sentenced for Mail Fraud, Interstate Transportation of Stolen Property, Money Laundering, and Monetary Transaction in Criminally Derived Property on August 14, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Alcohol restrictions
- Mental health treatment
- Financial disclosure
- No new credit
- Restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mandatory Condition #2: The defendant shall not commit any federal, state, or local crime.**

**Special Condition: The defendant shall abstain from the use of alcohol and other intoxicants.**

On December 6, 2006, Mr. Alger was arrested and charged with Count 1: 2nd Degree Driving While Impaired; Refuse to Submit to Chemical Test; Count 2: 2nd Degree Driving While Impaired, 2 or more Aggravating Factors; Count 3: Drivers License Violation of Restricted Drivers License; and Count 4: Careless Driving, all in Goodhue County District Court, Red Wing, Minnesota, Case #25CR06-3881.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 150 days. The defendant will make himself available for a period of 10 hours each day at the discretion of the probation officer for the purposes of alcohol testing. The defendant will be responsible for the costs.

SCANNED

DEC 28 2006

U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 27th day of December, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer

Executed on December 21, 2006
Place St. Paul