RECEIVED
DEC 27 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 49

FILED BY CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Kevin Richard Alger

Docket No. 0:01CR00273-001(JMR)

## HEARING WAIVER

I, Kevin Richard Alger, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a remote alcohol monitoring program for a period of 150 days. The defendant will be responsible for the costs. The defendant will make himself available for a period of 10 hours each day at the discretion of the probation officer each day for the purposes of alcohol testing.

Signed: ______________________
Kevin Richard Alger
Supervised Releasee

Dated: 12/20/06

Witness: ______________________

SCANNED
DEC 28 2006
U.S. DISTRICT COURT MPLS