PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUN 13 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kevin Richard Alger**

**Docket No. 0:01CR00273-001(JMR)**

**Petition on Supervised Release**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kevin Richard Alger** who was sentenced for Mail Fraud, Interstate Transportation of Stolen Property, Money Laundering, and Monetary Transaction in Criminally Derived Property, on August 14, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Alcohol restrictions
- Mental health treatment
- Financial disclosure
- No new credit
- Restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Special Condition: The defendant shall abstain from the use of alcohol and other intoxicants.**

On May 28, 2007, the defendant received a positive report from Behavioral Interventions (BI) for alcohol.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. The defendant will make himself available for a period of 10 hours each day at the discretion of the probation officer for the purposes of alcohol testing. The defendant will be responsible for the costs.

SCANNED
JUN 1 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 6th day of June, 2007, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer
Telephone: 651-848-1247

Executed on June 11, 2007
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission