Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kevin Richard Alger

Docket No. 0:01CR00273-001

**HEARING WAIVER**

I, Kevin Richard Alger, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. The defendant will be responsible for the costs. The defendant will make himself available for a period of 10 hours each day at the discretion of the probation officer each day for the purposes of alcohol testing.

Signed: ______________________
Kevin Richard Alger

Witness: ______________________

Dated: 6/5/07

SCANNED
JUN 1 2007
U.S. DISTRICT COURT MPLS