PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kevin Richard Alger**

**Docket No. 0:01CR00273-001(JMR)**

**Petition on Supervised Release**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kevin Richard Alger** who was sentenced for Mail Fraud, Interstate Transportation of Stolen Property, Money Laundering, and Monetary Transaction in Criminally Derived Property, on August 14, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Alcohol restrictions
- Mental health treatment
- Financial disclosure
- No new credit
- Restitution

On December 27, 2006, Your Honor modified his conditions to include 150 days Remote Alcohol Monitoring program, for Driving While Impaired.

On June 11, 2007, Your Honor modified his conditions to include 30 days Remote Alcohol Monitoring program, for alcohol use.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Special Condition: The defendant shall abstain from the use of alcohol and other intoxicants.**

On June 17, 2007, the defendant received a positive report from Behavioral Interventions (BI) for alcohol.

On June 27, 2007, the defendant received another positive report from BI for alcohol use.

SCANNED
JUL 31 2007
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

> The defendant shall reside for a period of 30 days in a community corrections center, with work release privileges as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 30th day of July, 2007, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer
Telephone: 651-848-1247

Executed on July 16, 2007
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission