Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kevin Richard Alger

Docket No. 0:01CR00273-001

**HEARING WAIVER**

I, Kevin Richard Alger, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 30 days in community corrections center as directed by the probation officer, and shall observe the rules of that facility. It is recommended that the defendant be afforded work release privileges while at said facility.

Signed: ____________________
Kevin Richard Alger

Witness: ____________________
David N. Duncan

Dated: 7/11/07